1
2
3
4
5
6
7
8
9
10                                                              Honorable James L. Robart
11
12
13                          UNITED STATES DISTRICT COURT
14                     WESTERN DISTRICT OF WASHINGTON AT SEATTLE
15
16   VANESSA SIMMONDS,
17                                                    NO. C07-1582 JLR
18              Plaintiff,
19                                                    **PLAINTIFF'S NOTICE OF**
20        v.                                          **DISMISSAL**
21
22   BANK OF AMERICA
23   CORPORATION, a Delaware
24   corporation,
25
26
27   ROBERTSON STEPHENS, INC., a
28   Massachusetts corporation,
29
30                    and
31
32   J.P. MORGAN SECURITIES INC.,
33   a Delaware corporation,
34
35              Defendants,
36
37                    and
38
39   CRITICAL PATH, INC., a California
40   corporation,
41
42              Nominal Defendant.
43
44
45

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this action with prejudice as to the adequacy-of-the-pre-suit-demand issue under the standard articulated by the Ninth Circuit (*see Simmonds v. Credit Suisse Sec. (USA) LLC*, 638 F.3d 1072, 1097 (9th Cir. 2011) (citing *In re Kauffman Mut. Fund Actions,* 479 F.2d 257, 267 (1st Cir.1973)), and without prejudice as to all other issues.

DATED this 11th day of June, 2012.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiff

By     *s/Mark Wilner*
Jeffrey I. Tilden, WSBA #12219
Mark Wilner, WSBA #31550
1001 Fourth Avenue, Suite 4000
Seattle, Washington 98154
Telephone:   (206) 467-6477
Facsimile:    (206) 467-6292
Email: jtilden@gordontilden.com
Email: mwilner@gordontilden.com

**KELLER ROHRBACK L.L.P.**
Attorneys for Plaintiff

By     *s/Ian S. Birk*
William C. Smart, WSBA #8192
Ian S. Birk, WSBA #31431
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone:   (206) 623-1900
Facsimile:    (206) 467-6292
Email: wsmart@kellerrohrback.com
Email: ibirk@kellerrohrback.com

PLAINTIFF'S NOTICE OF DISMISSAL – 2
No. C07-1582 JLR

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

# CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following.

| **Counsel for Nominal Defendant Critical Path Inc.:**<br><br>Benjamin J. Stone<br>COZEN O'CONNOR<br>E-Mail:	bstone@cozen.com<br><br>Nancy E. Delaney*<br>Theresa A. Foudy*<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>E-Mail:	NDelaney@curtis.com<br>	TFoudy@curtis.com<br>*Admitted Pro Hac Vice* | **Counsel for Defendants Bank of America Corporation, Robertson Stephens, Inc. and J.P. Morgan Securities Inc.:**<br><br>Christopher B. Wells<br>LANE POWELL PC<br>E-Mail:	wellsc@lanepowell.com |
|---|---|
| **Counsel for Defendants Bank of America Corporation and Robertson Stephens, Inc.:**<br><br>Andrew J. Frackman*<br>Brendan Dowd*<br>Michael Berengarten&<br>O'MELVENY & MYERS LLP<br>E-Mail:	afrackman@omm.com<br>	bdowd@omm.com<br>	mberengarten@omm.com<br>*Admitted Pro Hac Vice* | **Counsel for Defendant J.P. Morgan Securities Inc.:**<br><br>David W. Ichel*<br>Joe M. McLaughlin*<br>Jeffrey Coviello*<br>SIMPSON, THACHER & BARTLETT LLP<br>E-Mail:	dichel@stblaw.com<br>	jmclaughlin@stblaw.com<br>	jcoviello@stblaw.com<br>*Admitted Pro Hac Vice* |

*s/Mark Wilner*
Mark Wilner, WSBA # 31550

PLAINTIFF'S NOTICE OF DISMISSAL – 3
No. C07-1582 JLR

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292